IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                                     Case No. 11-32676
    BERNARD, SANDRA L. : Chapter 7
                                                                      Judge Lawrence S. Walter
                Debtor. :

## **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT**

As set forth below, the Trustee proposes to sell and or dispose to the Debtor certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
                                                                                                                                                            7925 Graceland Street
                                                                                                                                                            Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/12/2011**                                                                      **/s/ *John Paul Rieser***

Date of Issuance                                                                               John Paul Rieser, Esq.

## NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtor in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtor.

The property at issue is a 2002 Chevrolet Avalanche ("Vehicle") scheduled by the Debtor. The Debtor scheduled the value of the Vehicle as $6,000.00. The Trustee determined the value of the Vehicle to be $7,300.00 based on the appraisal from Debtor's attorney. From this value, the Trustee deducted (1) Debtor's exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00; (2) the average cost of sale amount of $700.00[1]. The non-exempt equity owed to creditors for the Vehicle is $2,000.00 and the Debtor has agreed to pay this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtor to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

*/s/ John Paul Rieser*
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT** was served this 12th day of October, 2010, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is not being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov
Rebecca Barthelemy-Smith rbsmith@ameritech.net

*/s/ John Paul Rieser*

John Paul Rieser [lrs/711]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:11-bk-32676<br>Southern District of Ohio<br>Dayton<br>Tue Oct 11 12:01:21 EDT 2011 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | A. R. C., Inc.<br>P. O. Box 341<br>Dayton, OH 45409-0341 |
| ACB Amer<br>4351 W A<br>Latonia, KY 41015 | AFNI Inc<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | AOL Member Services<br>PO Box 30622<br>Tampa, FL 33660-1622 |
| Accelerated Creditor's Services<br>PO Box 40304<br>Cincinnati, OH 45240-0304 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Bac Home Loans Service<br>450 American Street<br>Simi Valley, CA 93065-6285 | Ccrservices<br>P O Box 32299<br>Columbus, OH 43232-0299 | Central Collections Agency<br>Division of Taxation<br>205 W. Saint Clair Ave.<br>Cleveland, OH 44113-1503 |
| Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | City of Dayton<br>PO Box 632458<br>Cincinnati, OH 45263-2094 | City of Dayton Finance Dept.<br>Division of Revenue & Taxation<br>101 W Third Street<br>Dayton, OH 45402-1814 |
| City of Trotwood<br>Tax Department<br>Dayton, OH 45426 | City of Trotwood<br>Utility Billing<br>3035 Olive Rd<br>Trotwood OH 45426-2656 | Credit Union Of Ohio<br>5500 Britton Pkwy<br>Hilliard, OH 43026-7456 |
| Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225-1470 | Dayton Cardiology Consultants Inc.<br>PO Box 630628<br>Cincinnati, OH 45263-0628 | Ecast Settlement Corp.<br>PO Box 35480<br>Newark, NJ 07193-5480 |
| Ffcc-Columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 | Gemb/Roberds Oh<br>Po Box 981439<br>El Paso, TX 79998-1439 | Good Samaritan Hospital<br>PO Box 183132<br>Columbus, OH 43218-3132 |
| HSBC Bank<br>PO Box 35480<br>Dayton, OH 45426-3155 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | Internal Revenue Serivice<br>PO Box 7348<br>Philadelphia, PA 19101-7348 | LVNV Funding<br>PO Box 740281<br>Houston, TX 77274-0281 |

| | | |
|---|---|---|
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank, NA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Medical Imaging Physicians Inc<br>2591 Miamisburg Centerville Rd.<br>Ste. 203<br>Centerville, OH 45459-3706 | Miami Valley Hospital<br>PO Box 713072<br>Columbus, OH 43271-3072 |
| Premier Health Net<br>40 W Fourth St.<br>Dayton, OH 45402-1857 | Resurgent Capitol Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Richard J Boudreau & Assoc. LLC<br>5 Industrial Way<br>Salem, NH 03079-4866 |
| SCI Service concepts<br>PO Box 7130722<br>Columbus, OH 43271-0001 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Scheer, Green And Burke, Co. LPA<br>PO Box 1335<br>Toledo, OH 43603-1335 |
| Service Concepts<br>PO Box 7130722<br>Columbus, OH 43271-0722 | US Attorney<br>200 W Second St<br>602 Federal Bldg<br>Dayton OH 45402 | Union Plus Credit Card<br>PO Box 4155<br>Carol Stream, IL 60197-4155 |
| Weltman Weinberg & Reis CO. LPA<br>175 South Thrid St. Suite 900<br>Columbus, OH 43215-5166 | eCAST Settlement Corporation assignee of HSB<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 |
| Rebecca Barthelemy-Smith<br>7821 North Dixie Drive<br>Dayton, OH 45414-2719 | Sandra L. Bernard<br>6737 Sandy Dr.<br>Trotwood, OH 45426-3155 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Finanace<br>7702 Hoke Road<br>Clayton, OH 45315 | Hsbc/Tax<br>Po Box 15524<br>Wilmington, DE 19850 | (d)SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 971<br>EVANSVILLE, IN 47706 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Credit Union of Ohio<br>5500 Britton Pkwy.<br>Hilliard, OH 43026-7456 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients    1<br>Total    47 |